STATE of Missouri, Plaintiff/Respondent,

v.

Larry KITCHEN, Defendant/Appellant.

No. 71788

Missouri Court of Appeals,
Eastern District,
Division Six.

Oct. 7, 1997.

Rosalynn Koch, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before REINHARD, P.J., and KAROHL and ROBERT G. DOWD, Jr., JJ.

### *ORDER*

PER CURIAM.

Defendant appeals after a jury convicted him of one count of stealing, section 570.030, RSMo 1994, and one count of tampering with a victim, section 575.270.2, RSMo 1994. The trial court sentenced him as a prior and persistent offender to consecutive terms of five years and three years imprisonment, respectively. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Allan COX a/k/a Kerry Cox, Appellant,

v.

STATE of Missouri, Respondent.

No. 71262.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 7, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Allan Cox (Movant) appeals the judgment denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).